1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| CURTIS HARDY, | ) 1:10-cv-01271 LJO SKO |
|      Plaintiff, | ) |
| | ) |
|   v. | ) ORDER GRANTING APPLICATION TO |
| | ) PROCEED IN FORMA PAUPERIS |
| RONALD POWELL, | ) |
| | ) (Document 2) |
|      Defendant. | ) |
| | ) |
| _____ | ) |

17
18
19
20
21

     By application filed on July 16, 2010, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

22
23

IT IS SO ORDERED.

24

**Dated:    July 21, 2010**                    **/s/ Sheila K. Oberto**

25
                                         UNITED STATES MAGISTRATE JUDGE

26
27
28

1